AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPTUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ER _____ DEPUTY

| | |
|---|---|
| United States of America | |
| v. | Case No.  2:25-mj-06375-DUTY |
| ANTHONY BASULTO, | |
| Defendant. | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 13, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
*Complainant's signature*

Calvin Hill, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    October 14, 2025

*Judge's signature*

City and state:   Los Angeles, California

Hon. Rozella A. Oliver, U.S. Magistrate Judge
*Printed name and title*

AUSA: Yervant P. Hagopian x0732

### **AFFIDAVIT**

I, Calvin Hill, being duly sworn, declare and state as follows:

### I.   **PURPOSE OF AFFIDAVIT**

1.   This affidavit is made in support of a criminal complaint against, and arrest warrant for, Anthony BASULTO ("BASULTO") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all amounts are approximate, and all dates and times are on or about those indicated.

### II. **BACKGROUND OF AFFIANT**

3.   I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), currently assigned to Los Angeles Field Division, where I investigate crimes involving firearms and narcotics.

4.   I have been employed by the city of Los Angeles as a Peace Officer for approximately 15 years.  During my tenure as a Peace Officer and a TFO, I have investigated, surveilled, and

i

arrested numerous firearms and drug traffickers.  In so doing, I have executed several search and arrest warrants.

5.    I have also received training in state and federal firearms and narcotics laws, confidential source handling, drug identification, and various surveillance and investigative techniques.  I also consult regularly with experienced investigators concerning the methods and practices of firearms and narcotics traffickers.  I am familiar with the efforts that individuals who import, smuggle, manufacture, distribute, and sell firearms and narcotics take to avoid detection.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

6.    Based on my review of law enforcement reports, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**A.    LAPD Stopped BASULTO's Car and Found a Gun and Ammunition Inside**

7.    On September 13, 2025, LAPD officers stopped a white Buick sedan ("the Buick") because the driver, later identified as BASULTO, ran a red traffic light.  LAPD ordered BASULTO out of the car because BASULTO did not have a valid driver's license.  On the driver side floorboard, and in plain view, LAPD saw a glass pipe with a bulbous end that contained a white crystalline substance resembling methamphetamine.  Accordingly, LAPD searched the Buick.  Inside the driver's side window control panel, LAPD found a .22 caliber Phoenix Arms, HP22A, semi-automatic handgun bearing serial number 4343558 with a

ii

seated magazine loaded with nine rounds of .22 caliber ammunition.

### B.    BASULTO Knew About the Gun

8.    BASULTO told LAPD officers he was on probation.  When BASULTO saw LAPD recover the handgun, he spontaneously said, "Damn, that's fucking three years bro."  When LAPD asked BASULTO to clarify the foregoing statement, BASULTO said, "for that, the gun."

9.    BASULTO was read his Miranda rights but opted to waive them, and accurately indicated the make, color, and caliber of the handgun.

### C.    BASULTO is a Convicted Felon

10.    I have reviewed BASULTO's criminal history records and learned that he previously sustained a felony conviction for Carrying a Loaded Firearm, in violation of California Penal Code § 25850(a), in the Superior Court of the State of California, County of Los Angeles, case number 25AVCF00031-01 on June 12th, 2025.

### D.    Interstate Nexus.

11.    On October 9, 2025, ATF Interstate Nexus Expert, Special Agent Tiffany Lamphere examined photographs of the ammunition seized from BASULTO and confirmed that the ammunition was manufactured outside of California; its recovery in California necessitates movement in interstate commerce.

iii

iv

## IV. <u>CONCLUSION</u>

12.  For all of the reasons described above, there is probable cause to believe that BASULTO has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition.

/S/ _____
CALVIN J. Hill
Task Force Officer, ATF

Subscribed to and sworn before me
This 14th day of October, 2025.

_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

iv